IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-02208-MEH

TRUMAN H. WEAVER, and
PATTY FUNK, on behalf of themselves and others similarly situated,

        Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

        Defendant.

## JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the orders entered in this case, FINAL JUDGMENT is entered.

Pursuant to the [#25] Order on Defendants' Motion to Dismiss granting [#21] Defendants' Motion to Dismiss entered by Magistrate Judge Michael E. Hegarty on March 27, 2018 which order is incorporated by reference, it is

**ORDERED** that [#21] Defendants' Motion to Dismiss is **GRANTED**. This case is dismissed in its entirety for Plaintiffs' failure to state a plausible claim upon which relief can be granted. It is further

**ORDERED** that judgment shall enter in favor of the defendant and against the plaintiffs on all claims for relief and causes of action asserted in this case.

DATED at Denver, Colorado, this 28th day of March, 2018.

                                        FOR THE COURT:
                                        Jeffrey P. Colwell, Clerk


                                        By s/Molly Davenport
                                          Molly Davenport
                                          Deputy Clerk